# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANGIE BREAUX HEBERT

VERSUS

KEITH JOSEPH HEBERT

NO.  2025 CW 0998

**JANUARY 06, 2026**

---

In Re:    Keith Joseph Hebert, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 135133.

---

BEFORE:   **WOLFE, HESTER, AND EDWARDS, JJ.**

   **WRIT DENIED.**

                              **EW**
                              **CHH**
                              **BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT